# EXHIBIT G



**香港國際仲裁中心**
**Hong Kong International Arbitration Centre**

3 August 2020

DLA Piper Hong Kong
25th Floor, Three Exchange Square
8 Connaught Place
Central, Hong Kong
Attn: Ernest Yang, Eva Yao
By fax：+852 2810 1345
By email：ernest.yang@dlapiper.com / Eva.yao@dlapiper.com & by courier

Dear Sirs/Mesdames,

| | |
|---|---|
| **Case No.：** | **HKIAC/A13028** |
| **Claimants：** | **(1)** 徐宏标 （中国大陆） |
| | **(2)** 柯铮光之遗产（中国大陆） |
| **Respondents：** | **(1)** 绿洲投资集团有限公司（英属维京群岛） |
| | **(2)** 俞乃奋（美国） |
| | **(3)** 俞乃雯（中国大陆） |
| | **(4)** 俞乃筠（中国大陆） |
| **Re：** | **2010 年 4 月 28 日关于执行《股份重组初步协议》的协议书的争议** |

We refer to the captioned case.

We hereby confirm that the arbitral tribunal, which comprised Messrs. Yang Ing Loong (presiding arbitrator), Horace Wong SC (co-arbitrator) and Wang Xue Hua (co-arbitrator), issued the following pursuant to the 2008 HKIAC Administered Arbitration Rules (the "**Rules**"):

1. 《就仲裁费与利息的最终裁决》dated 16 March 2020 ("**March Award**"); and

2. 《仲裁庭就《被申请人关于更正/解释 "就仲裁费与利息的最终裁决"的申请》的决定》dated 26 June 2020 ("**June Decision**").

Based on HKIAC's records, the original and electronic copies of the March Award were delivered to all parties by courier and email, respectively, and the original and electronic copies of the June Decision were delivered to all parties by courier and email, respectively.

Pursuant to Article 30.2 of the Rules, arbitral awards shall be final and binding on the parties and the parties undertake to carry out any award without delay.

Thank you for your attention.

Yours faithfully,

Chrystal Choy
Deputy Counsel
Hong Kong International Arbitration Centre

JL/CC

38/F Two Exchange Square 8 Connaught Place Hong Kong    1    T 電話 (852) 2525 2381  E 電郵 adr@hkiac.org
香港中環交易廣場第二座 38 樓                                  F 傳真 (852) 2524 2171    www.hkiac.org

HKIAC is a charitable institution limited by guarantee