UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ESTATE OF KE ZHENGGUANG,<br><br>       Petitioner,<br><br>  -against-<br><br>YU NAIFEN STEPHANY<br>(a/k/a STEPHANY YU,<br>a/k/a STEPHANY NAIFEN YU,<br>a/k/a STEPHANY N. DOMBROWSKI)<br><br>       Respondent. | Case No. 8:20-cv-02260-GJH<br><br>**Correction of Filing** |

Petitioner, by and through its undersigned attorney provide as follows:

Enclosed within this filing is the Summons and Civil Cover Sheet which was not included with the initial filing.

Dated: August 6, 2020

                LAW OFFICES OF ALLAN POTESHMAN, LLC

        By: _____
                Allan Poteshman
                103 Mariam Pass
                Middletown, MD 21769
                (240) 490-1070
                allanpoteshman@gmail.com