AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| ESTATE OF KE ZHENGGUANG <br><br> *Plaintiff(s)* <br> v. <br> YU NAIFEN STEPHANY (a/k/a STEPHANY YU, a/k/a STEPHANY NAIFEN YU, a/k/a STEPHANY N. DOMBROWSKI) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  8:20-cv-02260-PWG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YU NAIFEN STEPHANY (a/k/a STEPHANY YU,
a/k/a STEPHANY NAIFEN YU, a/k/a STEPHANY N. DOMBROWSKI)
15400 River Road, Germantown, Maryland 20874


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Allan David Poteshman
Law Offices of Allan Poteshman, LLC
103 Mariam Pass
Middletown, MD 21769

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____08/06/2020_____       _____
*Signature of Clerk or Deputy Clerk*