# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| ESTATE OF KE ZHUENGGUANG,<br><br>       Petitioner,<br><br> v.<br><br>YU NAIFEN STEPHANY<br>(a/k/a STEPHANY YU,<br>a/k/A STEPHANY NAIFEN YU,<br>a/k/A STEPHANY N. DOMBROWSKI),<br><br>       Respondent. | 8:20-cv-02260-PWG |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

   Please enter the appearance of Michael J. Baratz as counsel for Respondent Yu Naifen Stephany in the above-referenced matter.

   I certify that I am admitted to practice in this Court.

Date: August 14, 2020

                  _____*/s/ Michael J. Baratz*_____
                  Michael J. Baratz (Bar No. 16391)
                  STEPTOE & JOHNSON LLP
                  1330 Connecticut Avenue, NW
                  Washington, DC 20036
                  Email: mbaratz@steptoe.com
                  Telephone: (202) 429-6468
                  Facsimile: (202) 429-3902

                  *Counsel for Respondent Yu Naifen Stephany*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August, 2020, copies of the foregoing

Notice of Entry of Appearance was served via the Court's CM/ECF system on all counsel and

parties receiving notice of pleadings filed in this case and via electronic mail on the following:

Allan David Poteshman
Law Offices of Allan Poteshman, LLC
103 Mariam Pass
Middletown, MD 21769
2404901070
Email: allanpoteshman@gmail.com

s/ *Michael J. Baratz*
Michael J. Baratz (Bar No. 16391)