Michael J. Baratz
202 429 6468
mbaratz@steptoe.com

**Steptoe**

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

October 5, 2020

**By ECF**

Hon. Paul W. Grimm
United States District Court
District of Maryland
6500 Cherrywood Lane, Suite 465A
Greenbelt, Maryland 20770

Re:   *Estate of Ke Zhengguang v. Stephany Yu*, 8:18-cv-03546-PWG (D. Md.)
      *Estate of Ke Zhengguang v. Stephany Yu*, 8:20-cv-02260-PWG (D. Md.)

Dear Judge Grimm:

We write on behalf of Respondent Stephany Yu with a brief update on the above two related cases.

We believe we are nearing an agreement with Petitioner that, subject to the Court's approval, would consolidate the cases and establish a schedule to efficiently resolve the remaining disputes, with the aim of ultimately having the Court enter a consolidated final judgment.

We sent a draft Stipulation and Proposed Order to the Petitioner yesterday, and will file it with the Court once the terms are finalized.

Respectfully,

/s/ *Michael J. Baratz*
Michael J. Baratz (Bar No. 16391)

/s/ *Charles Michael**
Charles Michael
(signed by Michael J. Baratz with permission of Charles Michael)
( **Admitted Pro Hac Vice* in 18-cv-03546 and 20-cv-02260*)

*Attorneys for Respondent Stephany Yu*

Hon. Paul W. Grimm
October 5, 2020
Page 2

Steptoe

cc:   All Counsel of Record
      (by ECF)